**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW JONES,<br><br>                      Petitioner,<br><br>        v.<br><br>M. BOWEN, Warden,<br><br>                      Respondent. | Case No. EDCV 15-2635-SJO (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: March 29, 2017

                                              */s/ S. James Otero*
                                              HONORABLE S. JAMES OTERO
                                              UNITED STATES DISTRICT JUDGE