**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW JONES,<br><br>                    Petitioner,<br><br>         v.<br><br>M. BOWEN, Warden,<br><br>                    Respondent. | Case No. EDCV 15-2635-SJO (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 29, 2017

_S. James Otero_
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE